# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | | | CRIMINAL COMPLAINT |
|---|---|---|---|---|
| V. | | | | |
| 1 Sergio Enrique Garcia | PRINCIPAL | | United States CT. 1 | Case Number: |
| A208 268 147 YOB: | 1989 | | | **M-15-0842-M** |
| 2 Jaime Eloy Sanchez Jr. | CO-PRINCIPAL | | United States CT. 2 | |
| A208 266 192 YOB: | 1991 | | | |
| 3 Rosalba Ramirez-Reyna | CO-PRINCIPAL | | Mexico CT.3 | |
| A205 650 758 YOB: | 1967 | | | |
| 4 Celia Macias-Olvera | CO-PRINCIPAL | | Mexico CT. 3 | |
| A205 650 005 YOB: | 1988 | | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 25, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

**CT. 1** knowing or in reckless disregard of the fact that Eugenia Sotelo-Trujillo, citizen of Mexico, along with two (2) other undocumented aliens, for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near La Joya, Texas,

**CT. 2** knowing or in reckless disregard of the fact that Isaura Veronica Miranda-Rodriguez and Dania Raquel Villatoro-Rodriguez, citizens of El Salvador, and Eugenia Sotelo-Trujillo, citizen of Mexico, along with seven(7) other undocumented aliens, for a total of ten (10), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,

**CT. 3** knowing or in reckless disregard of the fact that Isaura Veronica Miranda-Rodriguez and Dania Raquel Villatoro-Rodriguez, citizens of El Salvador, along with three (3) other undocumented aliens, for a total of five (5), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On May 25, 2015, DPS Trooper Rodney D. Henderson conducted a vehicle stop in La Joya, Texas on a silver Chevrolet Cavalier, for driving above the posted speed limit. Trooper Henderson requested assistance from Border Patrol in determining alienage on the vehicle's occupants.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

_____  
Signature of Complainant

Derek Conrow    Senior Patrol Agent  
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

May 27, 2015                                       at   McAllen, Texas  
Date                                                       City and State

Dorina Ramos, U. S. Magistrate Judge  
Name and Title of Judicial Officer                Signature of Judicial Officer

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-0842-M

| | | |
|---|---|---|
| RE: | Sergio Enrique Garcia | A208 268 147 |
| | Jaime Eloy Sanchez Jr. | A208 266 192 |
| | Rosalba Ramirez-Reyna | A205 650 758 |
| | Celia Macias-Olvera | A205 650 005 |

**CONTINUATION:**

Border Patrol Agent Lino Almanza arrived and identified the driver as Sergio Enrique GARCIA (USC), and found all passengers to be undocumented aliens. All four subjects were transported to the McAllen Border Patrol Station for processing.

**PRINCIPAL'S STATEMENT (GARCIA-VEHICLE STOP):**

At the station, agents read GARCIA his rights. He stated he was willing to provide a statement without the presence of an attorney.

1- GARCIA told agents he thinks Trooper Henderson only stopped him because he saw Mexicans in his car. GARCIA stated he was aware the 3 people he had in his car were illegal because he was going to be paid $100 per person to transport them. GARCIA was desperately in the need of money, and consented to transport illegal aliens from Rio Grande City to McAllen. GARCIA provided the location in Rio Grande City where he picked up the UDAs and the address in McAllen where he was to take them.

This information was passed through, and corroborated by, the FIT team and DPS CID. FIT and DPS CID later approached 54 Sanchez Rd. in Rio Grande City and 3011 West Business 83 in McAllen.

GARCIA stated a man known to him as Jaimito from Rio Grande City was going to pay him $100 per person to smuggle the aliens to McAllen. According to GARCIA, he has worked for Jaimito since 2014, and has made many trips like this in the past.

Once in McAllen, GARCIA was supposed to deliver the 3 UDAs to a woman he knows as La Chaparra. According to GARCIA, he has also delivered people to her at least three times previously.

Later, after agents had apprehended principals at both the Rio Grande City and McAllen locations, they showed separate photo lineups of the principals to GARCIA. GARCIA identified Jaime Eloy SANCHEZ Jr. as Jaimito, and the man who was going to pay him to transport illegal aliens. He also identified Rosalba RAMIREZ-Reyna as the person in McAllen to whom he was going to deliver the smuggled aliens.

**NOTE:** GARCIA has been convicted of Possession with Intent to Distribute in 2009 and received 18 months and 3 years SRT. He was subsequently convicted of violating the terms of his supervised release three times.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-15-0842-M

| RE: | | |
|---|---|---|
| | Sergio Enrique Garcia | A208 268 147 |
| | Jaime Eloy Sanchez Jr. | A208 266 192 |
| | Rosalba Ramirez-Reyna | A205 650 758 |
| | Celia Macias-Olvera | A205 650 005 |

**CONTINUATION:**

## 54 SANCHEZ RD., RIO GRANDE CITY, TEXAS:

With the information provided by GARCIA, agents and DPS CID approached the residence at 54 Sanchez Rd. in Rio Grande City, Texas. Agents and DPS were talking to a man who answered the door, when they noticed another man attempting to exit a side door of the residence carrying a baby. Agents detained the man, later identified as Jaime Eloy SANCHEZ Jr., who appeared extremely nervous and told agents he was in a big hurry to leave. SANCHEZ stated this was his house and granted consent to search the property.

Agents found two illegal aliens hiding in a cinder block shed near the house, and on the same property. There was no bedding, or blankets inside the shed. There was a toilet and a shower that had standing dirty water in the bottom. The floor of the shed was covered in chicken feces. The illegal aliens claimed they had been there for 7 days.

**PRINCIPAL'S STATEMENT (SANCHEZ-RIO GRANDE CITY HOUSE):**
Jaime Eloy SANCHEZ Jr. was read his rights. He initially stated he was willing to provide a statement without the presence of an attorney, but became ill every time he started talking to agents.

He eventually told agents that he did not know there were illegal aliens in his shed, but he was aware they had stopped by the restaurant he owns to buy food.

## 3011 W. BUSINESS 83, MCALLEN TEXAS:

DPS CID Officer J. Izeta set up surveillance on 3011 West Business 83 and noticed a brown van leave the residence. Officer Izeta conducted a vehicle stop on the van for Failure to make a right turn as close to curb as possible. Officer Izeta identified Rosalba RAMIREZ-Reyna as the driver and Celia MACIAS-Olvera as the passenger in the van. Border Patrol agents arrived and determined both women to be illegally in the United States. RAMIREZ granted consent to search her residence at 3011 West Business 83, and both women accompanied law enforcement back to her residence.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-0842-M

| RE: | | |
|---|---|---|
| | Sergio Enrique Garcia | A208 268 147 |
| | Jaime Eloy Sanchez Jr. | A208 266 192 |
| | Rosalba Ramirez-Reyna | A205 650 758 |
| | Celia Macias-Olvera | A205 650 005 |

**CONTINUATION:**

Both women were read their rights and agreed to provide statements without the presence of an attorney.

At the residence, MACIAS claimed ownership of the residence, and told agents they could find the people in a back room. Agents entered the residence and found 5 illegal aliens in a back room. After agents found the 5 illegal aliens, RAMIREZ called agent H. Garcia over and told him she was in charge of the illegal aliens and the owner of the residence. She told agents MACIAS had nothing to do with harboring illegal aliens. Additionally, RAMIREZ told agents she had approximately $3,000 (USD) hidden in a box in a front bedroom of the residence. CID officer J. Mendoza searched the room and found $8,580 (USD).

**PRINCIPALS' STATEMENTS (RAMIREZ & MACIAS-MCALLEN RESIDENCE):**

1- Rosalba RAMIREZ-Reyna stated she was offered a job harboring illegal aliens by a man she knows as Miguel Hernandez. She met Hernandez at a flea market, and sold her a van. According to RAMIREZ, she was being paid $30 (USD) per person she harbored there. RAMIREZ told agents she only had $5,000 (USD) hidden in the box at her residence, and of that money, only $2,300 (USD) were proceeds from harboring illegal aliens. RAMIREZ told agents that MACIAS knew the people in the house were illegal, but was not involved in the caretaking of them.

2- Celia MACIAS-Olvera claimed she has been at the house for a week, even though previously, at the scene, she claimed ownership of the residence. She knew the people were illegally in the United States, but claimed nothing to do with the caretaking of them.

**NOTE:** Both RAMIREZ and MACIAS were convicted in the same alien smuggling case in 2012.

**MATERIAL WITNESSES' STATEMENTS:**

All material witnesses were read their rights. All stated they were willing to provide statements without the presence of an attorney.

**1- Eugenia SOTELO-Trujillo (VEHICLE STOP)**

SOTELO, a citizen of Mexico, claimed to have been charged $2,000 (USD) to be smuggled into the United States. After illegally crossing the Rio Grande River, she was picked up by a vehicle and delivered during the night to a house with a shed on the property. The driver of the vehicle told her to enter the shed. A different man arrived and kept the people in the shed until the sun came up. When the sun rose, that man, identified as Jaime SANCHEZ Jr., told the group to come with him. They followed him to another car that was waiting, and SANCHEZ told them to board that vehicle.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15-0842-M

| RE: | Sergio Enrique Garcia | A208 268 147 |
|---|---|---|
| | Jaime Eloy Sanchez Jr. | A208 266 192 |
| | Rosalba Ramirez-Reyna | A205 650 758 |
| | Celia Macias-Olvera | A205 650 005 |

**CONTINUATION:**

Once in the vehicle, the man driving the vehicle, identified as Sergio Enrique GARCIA, told the group to sit down and act normal. SOTELO told agents they drove for approximately 20 minutes before they were stopped by police. SOTELO identified GARCIA as the driver and SANCHEZ as the person who took her out of the shed and put her in the vehicle.

**2- Isaura Veronica Miranda-Rodriguez (MCALLEN RESIDENCE)**

Miranda, a citizen of El Salvador, claimed to have been charged $5,000 (USD) to be smuggled into the United States. After illegally crossing the Rio Grande River, she and nine other people were picked up and taken to a house. At the house, she was able to see who the driver was. She identified SANCHEZ as the man who picked them up from the river and transported them to the house. SANCHEZ told the group where to stay while at the house, and later brought tacos and water for them to eat and drink. After approximately 12 hours, another unknown man arrived and transported them to the house in McAllen where she was arrested.

At the second house, there were two females in charge. Rosalba RAMIREZ told the group to take off their shoes and be quiet. According to Miranda, RAMIREZ told the smuggled aliens she would wash their clothes for 50 Mexican Pesos. Additionally, there were 12 people already staying at the house when she arrived, but were removed soon after.

The following day, the other female arrived. According to Miranda, MACIAS (the other female), did not give the group any instructions, but did bring them food and water. MACIAS also sent her children to check up on them. Miranda identified both RAMIREZ and MACIAS in photo lineups as being in charge of the residence she was arrested at.

**2- Dania Raquel Villatoro-Rodriguez (MCALLEN RESIDENCE)**

Villatoro, a citizen of El Salvador, claimed to have been charged $10,000 (USD) to be smuggled into United States. After illegally crossing the Rio Grande River, Villatoro was picked up by a man driving a white truck. Villatoro identified the driver of the truck in a photo lineup as Jaime SANCHEZ. SANCHEZ took the group to a house, where another vehicle arrived and transported them to the house where she was arrested. Villatoro stated there were two women in charge of the house while she was there, and they both provided food and water to her and the rest of the smuggled aliens. She also stated that the older woman told the group told them to stay quiet and not to leave the house at any time. Villator identified RAMIREZ as the older woman and MACIAS as the other woman in charge of the house.